AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'25 SEP 19 PM 4:25

| United States of America | ) |
|---|---|
| v. | ) |
| Monica Lee Gerving | ) Case No. 3:25-cr-207 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Monica Lee GERVING,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Straw Purchasing of Firearms - Conspiracy
False Statement During the Purchase of a Firearm
Forfeiture Notice

Date: 09/19/2025

/s/ Bre Solberg Luedtke
*Issuing officer's signature*

City and state:   Fargo, ND

Bre Solberg Luedtke
*Printed name and title*

---

**Return**

This warrant was received on *(date)* September 19, 2025, and the person was arrested on *(date)* September 19, 2025
at *(city and state)* Moorhead, MN

Date: 9/23/25

*Arresting officer's signature*

Special Agent Christy Glass
*Printed name and title*