IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>     v.<br><br>ZACHARIAH LAFROMBOIS<br><br>        Defendant. | Case No. 3:25-cr-00207<br><br>**APPLICATION FOR WRIT<br>OF HABEAS CORPUS** |

The undersigned attorney hereby applies to the Court for the issuance of a ***Writ of Habeas Corpus*** Ad Prosequendum.

Name of detainee:    Zachariah Lafrombois
Detained at (custodian) Minnesota Correctional Facility – St. Cloud, 2305 Minnesota Blvd, St. Cloud, MN 56304
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, on January 13th, 2026, at 10:00 a.m., for the purpose of Initial Appearance/Arraignment.

Attorney Signature:                  /s/  Richard M. Lee
Printed Name and Telephone Number:   RICHARD M. LEE, 701-297-7400
Dated: December 15, 2025             Attorney of Record for the United States

### *WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated: December 15, 2025            /s/ Alice R. Senechal
                                    Magistrate Judge Alice R. Senechal
                                    United States District Court

☐   Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

_____   By: _____    _____
Date Executed                 Printed Name                      Signature