AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'25 SEP 19 PM 4:25

| United States of America | ) |
|---|---|
| v. | ) |
| Zachariah Lafrombois | ) Case No. 3:25- cr-207 |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Zachariah LAFROMBOIS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm by a Prohibited Person
Possession of Firearms by a Prohibited Person
Straw Purchasing of Firearms - Conspiracy
Trafficking in Firearms - Conspiracy
Forfeiture Notice

Date: 09/19/2025

/s/ Bre Solberg Luedtke
*Issuing officer's signature*

City and state:   Fargo, ND

Bre Solberg Luedtke
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/19/25, and the person was arrested on *(date)* 1/12/26
at *(city and state)* St. Cloud, MN.

Date: 1/13/26

*Arresting officer's signature*

Christy Gass - Special Agent
*Printed name and title*